UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X

UNITED STATES OF AMERICA,                     Cr. No. 18-cr-356-SJB

　　- against -                                              GOVERNMENT'S SENTENCING
　　　　　　　　　　　　　　　　　　　　　　　　　　MEMORANDUM

TUAN NGUYEN,
　　　　　　　　　　Defendant.

-------------------------------------------------------X

　　　This Memorandum sets forth the Government's position regarding the sentence of Defendant Tuan Nguyen. A sentencing hearing is scheduled for April 24, 2019.

　　　The Government has no objections or modifications to the draft Presentence Investigation Report (PSR) prepared on January 31, 2019. The Government previously notified the assigned Probation Officer and Defense Counsel that it had no objections to the draft PSR.

　　　The Government has agreed, pursuant to the Plea Agreement in this matter, to recommend a sentence at the low-end of the applicable guideline range. Ct. Ex. 1 at 4-8. According to the PSR, Mr. Nguyen's offense level is 10 and his criminal history score is 0, which places him within Zone B. Mr. Nguyen's guideline imprisonment range is therefore 6-12 months, subject to the alternative conditions set forth in U.S.S.G. § 5C1.1(c). The PSR concluded that Mr. Nguyen is able to pay a fine, and the applicable range of fines is $4,000 - $40,000. U.S.S.G. § 5E1.2(c)(3).

　　　Mr. Nguyen has pleaded guilty to attempting to import two different species of endangered fish, Asian arowana (*Scleropages formosus*) and paroon sharks (*Pangasius sanitwongsei*). Though Mr. Nguyen was not intending to keep the endangered fish, he was

1

intricately involved in procuring the fish from overseas and distributing those fish within the United States. The communications between Nguyen and others within his network, as described in the Plea Agreement, show Nguyen's knowledge that the fish were illegal to import and a casual attitude towards the illegality – a "wink and nod" agreement to the commission of a federal crime. It is this casual attitude towards the impact of hobbyist fish collection that, in 1976, prompted the Asian arowana's listing as endangered under the U.S. Endangered Species Act, and landed it within the most restrictive category of the Convention on the International Trade in Endangered Species (CITES). Yet the PSR also notes, and the Government concurs, that Mr. Nguyen has lived an otherwise law-abiding, productive, and positive life. He has demonstrated remorse for his actions, has conducted himself with professionalism and poise throughout the legal process, and has cooperated with the Government.

Therefore, in order to provide general deterrence, in recognition of the seriousness of the offense, in consideration of the other factors set forth in 18 U.S.C. § 3553(a), and in compliance with the Plea Agreement, the Government seeks a sentence at the low-end of the guideline range, which would include:

(a) An alternative set of conditions that satisfy the term of imprisonment as set forth in U.S.S.G § 5C1.1(c)(2)-(3);
(b) A criminal fine of $4,000;
(c) A special assessment of $25 (due at sentencing); and
(d) A 1 year term of supervised release, including the mandatory and standard conditions set forth in U.S.S.G. § 5D1.3. *See* 18 U.S.C. § 3583(b)(3).

Respectfully submitted,

Jean E. Williams
DEPUTY ASSISTANT ATTORNEY
GENERAL OF THE ENVIRONMENT
AND NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE

Dated: April 22, 2019

By: _____
Patrick Duggan
Trial Attorney
Environmental Crimes Section
U.S. Department of Justice
601 D Street NW, Suite 2122
Washington, DC 20004
Phone:  202-305-0366
Fax:      202-514-8865

**CERTIFICATE OF SERVICE**

I, Patrick M. Duggan, hereby certify that on April 22, 2019, I caused this Motion to be served on counsel for the defendant, Deborah J. Blum, Esq., by electronic mail.

/s/ Patrick Duggan
PATRICK DUGGAN
Trial Attorney
Environmental Crimes Section
U.S. Dept. of Justice